# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| JAMES JOHN ROMERO, | |
|---|---|
| Plaintiff, | |
| vs. | 2:18-CV-01258-RFB-VCF |
| THE UNITED STATES OF AMERICA, | **ORDER** |
| Defendant. | |

Before the court is the Petition to Approve Compromise Settlement on Behalf of Minor (ECF NO. 21).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Petition to Approve Compromise Settlement on Behalf of Minor (ECF NO. 21) is scheduled for 3:00 PM, May 1, 2019, in Courtroom 3D.

DATED this 24th day of April, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE