# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

JAMES JOHN ROMERO,

        Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

        Defendant.

2:18-cv-01258-RFB-VCF

**ORDER**

    The court has reviewed the Declaration of Establishment of Blocked Account for Minor (ECF No. 29). Accordingly, IT IS HEREBY ORDERED that the status hearing scheduled for 10:00 AM, June 24, 2019, is VACATED.

    DATED this 19th day of June, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE